**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

CHARLES MOTEN, JR.                                                                    PLAINTIFF

v.                                      NO. 3:10CV00072 JLH/HDY

RICHARD "DICK" BUSBY, *et al.*                                      DEFENDANTS

<u>**ORDER**</u>

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's claims against defendants Richard "Dick" Busby, Zane Boyd, Terresa Bonner, and Mobley be dismissed, and the names of defendants Richard "Dick" Busby, Zane Boyd, Terresa Bonner, and Mobley be removed as party defendants.

IT IS SO ORDERED this 7th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE