**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

CHARLES MOTEN, JR.                                                                                          PLAINTIFF

V.                                              NO: 3:10CV00072 HDY

RICHARD BUSBY *et al.*                                                                                DEFENDANTS

**ORDER**

On July 30, 2010, the Court entered an order scheduling this matter for a Court trial on December 16, 2010 (docket entry #20). That order also directed Plaintiff to submit a list of proposed witnesses, along with their addresses and a brief summary of the substance of their testimony, no later than August 30, 2010. Plaintiff has not submitted a proposed witness list in response.[1] However, in light of Plaintiff's *pro se* status, he will be granted additional time to submit his list.

IT IS THEREFORE ORDERED THAT Plaintiff file his list of proposed witnesses, along with their addresses and a brief summary of the substance of their testimony, no later than 14 days after the entry of this order. Plaintiff's failure to do so will result in the dismissal of his complaint.

DATED this  31   day of August, 2010.

                                                                                    _____
                                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Prior to the entry of the scheduling order, Plaintiff did file a witness list, but it is unclear if the witnesses he has identified are the ones he wishes to call for this case.